78 A.3d 1059

James ANDERSON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, et al.; District Attorney of Philadelphia County, et al., Respondents.

No. 134 EM 2013.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending motions within 90 days of our order.

78 A.3d 1059

Calvin MOORE, Petitioner

v.

CLERK OF COURTS OF PHILADELPHIA COUNTY, Respondent.

No. 125 EM 2013.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**